IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 12-mj-1061 |
| | ) | |
| KARL N. GELLERT | ) | |

## ORDER

Upon motion of the Government, it is hereby ORDERED that Complaint and Warrant are placed under seal until further order of the Court.

It is so ORDERED this the 5th day of September, 2012.

JULIET GRIFFIN
United States Magistrate Judge

2