UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | # 12-mj-1061 |
| | ) | MAGISTRATE JUDGE GRIFFIN |
| KARL N. GELLERT | ) | |

ORDER

The United States has moved that the Court direct the Clerk's Office to unseal a redacted version of the Complaint and Warrant in the above-styled case on the basis that the warrant has been executed and there is no further need for it to remain sealed.

It is therefore ORDERED that the Clerk is directed to unseal a redacted version of the Complaint and Warrant in the above-styled matter for the reason herein stated.

This 10th day of September, 2012.

JULIET GRIFFIN
UNITED STATES MAGISTRATE JUDGE