IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 12-mj-1061 |
| v. | ) | |
| | ) | |
| KARL N. GELLERT | ) | |

ORDER

The Court convened the preliminary hearing in this case on October 25, 2012. Upon motion of the defendant, and without objection from the Government, the oral motion to continue the preliminary hearing (Docket Entry No. 18) was GRANTED.

The preliminary hearing is RESCHEDULED to **Friday, November 16, 2012, at 3:00 p.m.,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge